**No. 09-8968. William R. Harding, Petitioner v. Ohio.**

559 U.S. 1052, 130 S. Ct. 2349, 176 L. Ed. 2d 567, 2010 U.S. LEXIS 2949.

April 5, 2010. Petition for writ of certiorari to the Court of Appeals of Ohio, Montgomery County, denied.

Same case below, 180 Ohio App. 3d 497, 905 N.E.2d 1289.